# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT Division

In re: Elliot and Tonya Gregory

Case No: 08-11468

Chapter: 13

Property Address: 2834 Smithfield Road, Shreveport, LA 71118

Last four digits of any number you use to
Identify the debtor's account: 5735

Court Claim No. (if known)

**STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

As contemplated by Fed. R. Bankr. Proc. 3002

Creditor: HSBC Mortgage Services a/k/a Household Financial

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 3/26/2013 and filed as Docket No. __91__ ].

**PRE-PETITION DEFAULT PAYMENTS    Applicable option is checked**

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrearages is:

Total Amount Due: $_____

Attached as Schedule of Amounts Outstanding on Pre-petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

**POST-PETITION DEFAULT PAYMENTS    Applicable option is checked**

☑ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: $_____

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT Division

In re: Elliot and Tonya Gregory      Case No: 08-11468

Chapter: 13

Property Address: 2834 Smithfield Road, Shreveport, LA 71118

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different m the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

■ I am the Creditor     ■ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X /s/ Benjamin B. Dean      X 04/16/2013
Signature      Date (MM/DD/YYYY)

Name: Benjamin B. Dean

Title: Attorney at Law

Company: Dean Morris, LLP

Address: 1505 North 19th Street

City/State/Zip: Monroe, LA 71201

Phone: 318-388-1440

# UNITED STATES BANKRUPTCY COURT
WESTERN          DISTRICT OF LOUISIANA

SHREVEPORT      Division

In re: Elliot and Tonya Gregory          Case No: 08-11468

Chapter: 13

Property Address: 2834 Smithfield Road, Shreveport, LA 71118

## SCHEDULE OF AMOUNTS OUTSTANDING PRE-PETITION

| Fee Description | Fee Date | Fee Amount |
| --- | --- | --- |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

SHREVEPORT Division

In re: Elliot and Tonya Gregory  Case No: 08-11468

Chapter: 13

Property Address: 2834 Smithfield Road, Shreveport, LA 71118

## SCHEDULE OF AMOUNTS OUTSTANDING POST-PETITION CLAIM

**Fee Description**          **Fee Date**          **Fee Amount**

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

SHREVEPORT Division

In re: Elliot and Tonya Gregory

Case No: 08-11468

Chapter: 13

Property Address: 2834 Smithfield Road, Shreveport, LA 71118

## CERTIFICATE OF SERVICE

I, Benjamin B. Dean, hereby certify that I have notified the following interested parties of the Statement in Response to Notice of Final Cure Payment filed by HSBC Mortgage Services a/k/a Household Financial, as reflected on the foregoing notice, to-wit:

Elliott Gregory
Tonya Gregory
2834 Smithfield Road
Shreveport, LA 71118

Paul M. Cooke
4700 Line Ave. Suite 200
Shreveport, LA 71106

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

Lucy G. Sikes
Chapter 13 Trustee
P.O. Box 1770
Shreveport, LA 71166

by mailing this notice and a copy of the Statement in Response to Notice of Final Cure Payment filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 16th day of April 2013.

DEAN MORRIS, L.L.P.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/ Benjamin B. Dean
ATTORNEY FOR CREDITOR